UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**NICOLE REX,**

    Plaintiff,

v.                                       Civil Action No. 5:15-cv-01017
                                           Honorable Irene Berger

**West Virginia School of Osteopathic Medicine, Michael Adelman in his official and individual capacity, Leslie Bicksler in her official and individual capacity, Elaine Soper in her official and individual capacity, and Jeffrey Shawver in his official and individual capacity, and Tiffany Wright,**

    Defendants.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing "**DEFENDANTS WEST VIRGINIA SCHOOL OF OSTEOPATHIC MEDICINE, MICHAEL ADELMAN, LESLIE BICKSLER AND ELAINE SOPER'S FIRST SET OF DISCOVERY**" was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, Tuesday, December 1, 2015:

James R. Marsh
The Marsh Law Firm PLLC
P.O. Box 4668 #65135
New York, NY  10163
Email Address: jamesmarsh@marshlaw.us
Attorney For: Nicole Rex

Rachel Hanna
P.O. Box 871
117 East Washington Street
Lewisburg, WV  24901-0871

Email Address: rachelhanna@rachelhanna.com
Attorney For: Nicole Rex

   **/s/ David E. Schumacher**
**David E. Schumacher (WV Bar # 3304)**
**Michael W. Taylor (WV Bar #11715)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T:  (304) 345-4222**
**F:  (304) 343-3133**
**dschumacher@baileywyant.com**
**mtaylor@baileywyant.com**