UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

```
-----------------------------------------------------X
                                                      )   Civil Action No. 5:15-1017
                                                      )   Honorable Irene Berger
Nicole Rex,                                           )
                         Plaintiff,                   )
                                                      )
v.                                                    )
                                                      )
                                                      )   (Filed Electronically)
West Virginia School of                               )
Osteopathic Medicine,                                 )
Michael Adelman in                                    )
his official and individual capacity,                 )
Leslie Bicksler in her official                       )
and individual capacity, and                          )
Elaine Soper in her official and                      )
individual capacity,                                  )
                                                      )
                         Defendants.                  )
-----------------------------------------------------X
```

## CERTIFICATE OF SERVICE

I, Rachel Hanna, do hereby certify that service of the foregoing PLAINTIFF'S EXPERT DISCLOSURES, PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO F.R.C.P. 26, and PLAINTIFF'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES PURSUANT TO F.R.C.P. 26 has been made upon the following parties via email on November 13, 2015:

| | |
|---|---|
| James R. Marsh | David Schumacher |
| Jennifer Freeman | 500 Virginia Street East, Suite 600 |
| P.O. Box 4668 #65135 | Charleston, WV 25301 |
| New York, NY 10163-4668 | Tel.: 304-345-4222 |
| Telephone / Fax: (212) 372-3030 | dschumacher@baileywyant.com |
| jamesmarsh@marshlaw.us | *Counsel for Defendants West* |
| jenniferfreeman@marshlaw.us | *Virginia School of Osteopathic* |
| *Counsel for Plaintiff Nicole Rex* | *Medicine, Michael Adelman, Leslie* |
| | *Bicksler, and Elaine Soper* |

                                                    **/s/ Rachel Hanna**
                                              Rachel Hanna, Esq. (WV Bar #9767)