UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

------------------------------------------------------------ X
                                                                        )      Civil Action No. 5:15-1017
Nicole Rex,                                     )
                          Plaintiff,    )
                                                 )
v.                                                    )
                                                 )      (Filed Electronically)
West Virginia School of                      )
Osteopathic Medicine,                         )
Michael Adelman in                              )
his official and individual capacity,    )
Leslie Bicksler in her official              )
and individual capacity, and              )
Elaine Soper in her official and          )
individual capacity,                             )
                               Defendants.  )
                                                 )
------------------------------------------------------------ X

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff and Defendant hereby jointly stipulate and agree as follows:

1. Federal Rule of Civil Procedure Rule 6(b)(1)(A) allows the Court to extend the deadline for good cause shown.

2. Counsel for all parties have conferred in good faith concerning the necessity of extension of time to respond to and submit discovery requests.

3. Extension of time is necessary because while initial discovery requests have been exchanged, the discovery responses are not complete and it is anticipated that further discovery requests may be needed.

4. The parties agree that good cause exists for extension of time to respond to and submit discovery requests.

5. The parties agree that all discovery requests will be made by March 15, 2016 and that all depositions will be completed in accordance with the Court's deadline, by May 13, 2016.

6. This modification does not require a change of either the trial date or pretrial date.

Dated: January 14, 2016

| | |
|---|---|
| MARSH LAW FIRM PLLC | BAILEY & WYANT PLLC |
| By /s/ | By /s/ |
| James R. Marsh (*pro hac vice pending*) | David Schumacher |
| Jennifer Freeman (*pro hac vice pending*) | 500 Virginia Street East, Suite 600 |
| P.O. Box 4668 #65135 | Charleston, WV 25301 |
| New York, NY 10163-4668 | Tel.: 304-345-4222 |
| Telephone / Fax: (212) 372-3030 | dschumacher@baileywyant.com |
| jamesmarsh@marshlaw.us | *Counsel for Defendants West Virginia School* |
| jenniferfreeman@marshlaw.us | *of Osteopathic Medicine, Michael Adelman* |
| *Counsel for Plaintiff Nicole Rex* | *Leslie Bicksler, and Elaine Soper* |

THE LAW OFFICE OF RACHEL HANNA

By /s/
Rachel Hanna
Sponsoring Attorney
P.O. Box 871
117 East Washington Street
Lewisburg, WV 24901
Telephone: 304-792-4529
rachelhanna@rachelhanna.com
*Counsel for Plaintiff Nicole Rex*