UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**NICOLE REX,**

    **Plaintiff,**

v.                                                                             **Civil Action No. 5:15-cv-01017**
                                                                           **Honorable Irene C. Berger**

**WEST VIRGINIA SCHOOL OF OSTEOPATHIC MEDICINE, MICHAEL ADELMAN IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, LESLIE BICKSLER IN HER OFFICIAL AND INDIVIDUAL CAPACITY, ELAINE SOPER IN HER OFFICIAL AND INDIVIDUAL CAPACITY, AND JEFFREY SHAWVER IN HIS OFFICIAL AND INDIVIDUAL CAPACITY,**

    **Defendants.**

**AMENDED NOTICE OF CONTINUATION OF VIDEODEPOSITION OF NICOLE REX**

      PLEASE TAKE NOTICE that the undersigned counsel will take the continuation of the deposition of Nicole Rex on November 14, 2016 at 9:00 AM before a certified court reporter or officer authorized by law to take depositions in the State of West Virginia.  The deposition will take place at Bailey & Wyant, PLLC, 500 Virginia Street East, Suite 600, Charleston, West Virginia.

      The examination will continue from day to day until such time as it is completed.  The deposition is being taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of the Court.

                                                                            **WEST VIRGINIA SCHOOL OF**
                                                                            **OSTEOPATHIC MEDICINE, MICHAEL**
                                                                            **ADELMAN, LESLIE BICKSLER and**
                                                                            **ELAINE SOPER,**

1

**By Counsel,**

  **/s/ Michael W. Taylor**
**David E. Schumacher (WV Bar # 3304)**
**Michael W. Taylor (WV Bar #11715)**
**Jordan K. Herrick (WV Bar #11128)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T:  (304) 345-4222**
**F:  (304) 343-3133**
**dschumacher@baileywyant.com**
**mtaylor@baileywyant.com**
**jherrick@baileywyant.com**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**NICOLE REX,**

    Plaintiff,

v.                                        **Civil Action No. 5:15-cv-01017**
                                                 Honorable Irene C. Berger

**WEST VIRGINIA SCHOOL OF OSTEOPATHIC MEDICINE, MICHAEL ADELMAN IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, LESLIE BICKSLER IN HER OFFICIAL AND INDIVIDUAL CAPACITY, ELAINE SOPER IN HER OFFICIAL AND INDIVIDUAL CAPACITY, AND JEFFREY SHAWVER IN HIS OFFICIAL AND INDIVIDUAL CAPACITY,**

    Defendants.

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of foregoing "**Amended Notice of Continuation of Video Deposition of Nicole Rex** " was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, October 20, 2016:

James R. Marsh
Jennifer Freeman
The Marsh Law Firm PLLC
P.O. Box 4668 #65135
New York, NY  10163
Attorney For: Nicole Rex

Rachel Hanna
P.O. Box 871
117 East Washington Street
Lewisburg, WV  24901-0871

Attorney For: Nicole Rex

  /s/ Michael W. Taylor
**David E. Schumacher (WV Bar # 3304)**
**Michael W. Taylor (WV Bar #11715)**
**Jordan K. Herrick (WV Bar #11128)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: (304) 345-4222**
**F: (304) 343-3133**
**dschumacher@baileywyant.com**
**mtaylor@baileywyant.com**
**jherrick@baileywyant.com**