IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

NICOLE REX,

          Plaintiff,

v.                                           CIVIL ACTION NO. 5:15-cv-01017

WEST VIRGINIA SCHOOL OF
OSTEOPATHIC MEDICINE, et al.,

          Defendants.

**ORDER**

Upon careful consideration, the Court **ORDERS** that any documents filed by non-parties, pursuant to the Court's *Orders* (Documents 46 & 69) governing the release of student and employee records, be **FILED UNDER SEAL**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: October 21, 2016

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA