IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

**NICOLE REX,**

        **Plaintiff,**

vs.                                    Civil Action No. 5:15-cv-01017

**WEST VIRGINIA SCHOOL OF
OSTEOPATHIC MEDICINE, ET AL.,**

        **Defendants.**

## ORDER

      The Court referred to the undersigned for further proceedings regarding the disclosure of student records responsive to discovery requests by Order entered November 1, 2016. (Document No. 74.) The undersigned is advised that three individuals have submitted letters objecting to the disclosure of their records. Accordingly, pursuant to 20 U.S.C. § 1232g and 34 C.F.R. § 99.31(a)(9)(i) the undersigned **ORDERS** that the student records responsive to Plaintiff's discovery requests be submitted directly to the undersigned for *in camera* review prior to the hearing. The hearing on this issue shall be held on **Friday, December 2, 2016 at 1:30 p.m.** before the undersigned at the Federal Courthouse in Beckley, West Virginia.

      For the convenience of the interested parties, the undersigned permits participation in this hearing by telephone: (███) ███-████**, when prompted, enter** ██████**#.**

      The Court hereby provides notice to ███████████████████████, ███████, and ████████████████ that it is **imperative** that you participate in this hearing by telephone in order to state your concerns and/or objections with the release of your records in this matter.

The Clerk of the Court is hereby ORDERED to distribute copies of this Order to all counsel of record, and to the three individuals at their last known addresses on file as provided in Document Nos. 71, 72, 73.  The Clerk is further ORDERED to seal the un-redacted version of this Order so as to not allow the public disclose of the redacted information.

ENTER: November 10, 2016.

Omar J. Aboulhosn
United States Magistrate Judge